The court incorporates by reference in this paragraph the Judgment set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



Dated: June 17 2024

Mary Ann Whipple
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 23-61148 |
| Charles R. Weber, | Chapter 7 |
| Debtor. | Adv. Pro. No. 24-06004 |
| Andrew R. Vara, United States Trustee, Plaintiff, v. Charles R. Weber, Defendant. | JUDGE MARY ANN WHIPPLE |

## DEFAULT JUDGMENT

In accordance with the Memorandum of Decision and Order separately entered by the court on June 17, 2024, [Doc. # 15], with the matter of the Motion for Default Judgment having been heard by the court on June 10, 2024, for good cause shown,

**IT IS ORDERED, ADJUDGED AND DECREED** that final judgment is hereby entered by default against Defendant Charles R. Weber and in favor of Plaintiff Andrew R. Vara, United States Trustee for Region 9, on the claims brought under 11 U.S.C. §§ 727(a)(3) and (4)(A), as stated in the Complaint.

**IT IS FURTHER ORDERED** that Defendant Charles R. Weber is denied a discharge in Chapter 7 Case No. 23-61148. The Clerk is authorized and directed to give separate notice of the same in that case.

# # #